**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | | |
|---|---|---|
| PNC Bank, National Association<br><br>Plaintiff,<br><br>v.<br><br>Timbermen, LLC, et al.,<br><br>Defendants. | ) | Case No. 26 C 50123<br><br>Judge Margaret J. Schneider |

**ORDER, REPORT AND RECOMMENDATION**

A hearing was held on August 20, 2026, on Plaintiff's motion for a default judgment [16]. The motion and notice of hearing were served on the Defendants/registered agent on August 11, 2026, by certified mail and Federal Express overnight [19]. Defendant failed to appear at the hearing.

The motion seeks judgment in the amount of $374,480.52 under the Agreement and Guaranty, plus $3,554.12 for attorneys' fees and costs, for a total judgment of $378,034.64. *See* [16]. The motion further seeks an order of replevin in favor of Plaintiff for the equipment at issue (a 2024 Freightliner Model 114SD Truck, VIN 1FVHG3FM7RHVB7045, with Forestry Grapple with Palfinger M13A80, S/N 1100110801), and directing the U.S. Marshal Service or duly authorized authority to use all necessary force, including the breaking of any locks, to repossess the equipment (with the requirement that Plaintiff post a bond in favor of the U.S. Marshall in the amount of $480,000). *Id*. The motion also requests an order of detinue to surrender the equipment within 14 days of entry of the order of judgment.[1] *Id*.

Exhibits to the motion include an affidavit in support of damages and copies of relevant agreements and guaranties, including statements of account and payment history. [16-2], [16-3]. The filings also include timesheets and affidavits from counsel in support of the fees and costs sought. [16-3]. According to attorney Randall Woolley's affidavit, 10.10 hours were spent on investigation and preparation, at an hourly rate of $295.00 for shareholders, $260.00 for associates, and $145.00 for paralegals, for a total of $2,635.00, plus $919.12 incurred in costs. *Id*. The Court has reviewed counsel's affidavit, including relevant agreements and guaranties and timesheets regarding billing records. The Court determines that the exhibits are relevant and complete, and the legal hours spent were reasonable, as are counsel's billing rates and costs. Accordingly, it is this Court's Report and Recommendation that the District Court grant the Plaintiff's motion for a default judgment [16] and enter judgment in the amount of $378,034.64 in favor of the Plaintiff. The Court further recommends that Plaintiff be granted an order of replevin to repossess the equipment and an order of detinue to surrender the equipment within 14 days of an order of judgment. Any objection to the Court's Report and Recommendation is due by September 15,

[1] Plaintiff's motion indicates Plaintiff will credit the sale of the equipment to the balance owed under the judgment.

2026. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). The Clerk is directed to mail a copy of this Order to Defendants at the addresses where they were served: Timbermen LLC, Keith Kehl, Registered Agent, 236 Kobert Avenue, Lebanon, KY, 40033; and Keith Kehl, 236 Kobert Avenue, Lebanon, KY 40033.

Date: September 1, 2026 ENTER:

Margaret J. Schneider
United States Magistrate Judge