**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| PNC Bank, National Association, Plaintiff, | ) | |
| | ) | |
| | ) | No. 26 CV 50123 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Timbermen LLC, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Magistrate Judge Schneider's Report and Recommendation that Plaintiff's motion for a default judgment be granted and that judgment enter against Defendants. Dkt. 23. According to the docket, an order of default entered against defendants Timbermen LLC and Keith Kehl under Fed. R. Civ. P. 55(a) for failing to answer or appear after being served. Dkt. 15. Plaintiff then filed a motion for a default judgment, with notice of a hearing on the motion served on Defendants where they were served with process, but they did not participate in the hearing. Judge Schneider recommends that judgment be entered in the total amount of $378,034.64, consisting of $374,480.52 in damages plus fees and costs of $3,554.12. She further recommends entry of orders of replevin and detinue for the equipment at issue, a 2024 Freightliner Model 114SD. The Court has carefully reviewed the Report and Recommendation and finds it to be well-supported by the record. Judge Schneider gave the parties to 9/15/2026 to object to her recommendation, but no party has objected. In the absence of any objection, and because Judge Schneider's recommendation is well-supported, the Court accepts the Report and Recommendation [23], and grants Plaintiff's motion for a default judgment [16]. Judgment will enter separately. Civil case terminated.

Date: September 30, 2026

By: ______________________________
Iain D. Johnston
United States District Judge